UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PENNY L. JONES,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Cause No. 1:09-cv-45-WTL-TAB |
| vs. ) | |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
|     **Defendant.** ) | |

**ADOPTION OF REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, and no objections have been filed. The Court, having considered the Magistrate Judge's Report, and being duly advised, hereby approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Commissioner's decision is **AFFIRMED**.

SO ORDERED:   01/27/2010

                                            */s/ William T. Lawrence*

                                     Hon. William T. Lawrence, Judge
                                     United States District Court
                                     Southern District of Indiana

Copies to all counsel of record via electronic notification